Rex Slater and Lucille Bushong, appellants, v. Federal Life Insurance Company, appellee. Gen. No. 8,154.

Heard in this court at the October term, 1929. Opinion filed June 11, 1930. Rehearing denied August 27, 1930.

R. D. Robinson, for appellants. Marsh, Lewis & Thompson, for appellee.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Michael Gleason, plaintiff in error. Gen. No. 8,182.

Heard in this court at the February term, 1930. Opinion filed June 11, 1930.

H. A. Brooks, for plaintiff in error. Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

Walter Tucker, appellee, v. Hall Motor Company, appellant. Gen. No. 8,200.

Heard in this court at the February term, 1930. Opinion filed June 11, 1930.

Large & Reno, for appellant. Hall & Dusher, for appellee.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Guy Jones, plaintiff in error. Gen. No. 8,096.

Heard in this court at the October term, 1929. Opinion filed June 11, 1930. Rehearing. denied August 27, 1930.

Pattison & Luney and Robert W. Besse, for plaintiff in error. Vincent A. Bell, State's Attorney, for defendant in error; Jacob J. Ludens, of counsel.

Mr. Justice Jones delivered the opinion of the court.